NUMBER
13-04-231-CV

 

COURT
OF APPEALS

 

THIRTEENTH
DISTRICT OF TEXAS

 

CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

 

JAY D. BAUGH, ET AL.,                                          Appellants,

 

                                           v.

 

HARTFORD ACCIDENT AND 

INDEMNITY COMPANY, ET AL.,                                 Appellees.

___________________________________________________________________

 

On
appeal from the 117th 
District Court of Nueces County, Texas.

___________________________________________________________________

 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Castillo and Garza

Memorandum
Opinion Per Curiam

 








Appellants, JAY D. BAUGH, ET AL., perfected an appeal from a judgment entered
by the 117th District Court of Nueces County,
Texas, in cause number 01-02200-B.  After the clerk=s record was filed, appellants filed a motion to
dismiss the appeal.  In the motion,
appellants state that they no longer wish to prosecute this appeal.  Appellants request that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 28th day of July, 2005.